IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERNEST MEDINA, | ) | 8:14CV349 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TITLE 5 USC 552, | ) | |
| | ) | |
| Defendant. | ) | |

On March 26, 2015, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders.

2. The clerk of the court is directed to term the motion event appearing at Filing Number 1, Part 2 of 2.

3. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 6th day of May, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge